

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 1:15cR5 LG-JCG

JYWAUN DAVIS WILLIAMS                     18 U.S.C. § 922(g)(1)
                                                      18 U.S.C. § 922(g)(2)

**The Grand Jury charges:**

COUNT 1

On or about April 7, 2014, in Harrison County, in the Southern Division of the Southern

District of Mississippi, the defendant, **JYWAUN DAVIS WILLIAMS**, having been convicted

previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding

one year, did knowingly possess a firearm which had previously been shipped and transported in

and affecting interstate commerce.

In violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

COUNT 2

On or about April 7, 2014, in Harrison County, in the Southern Division of the Southern

District of Mississippi, the defendant, **JYWAUN DAVIS WILLIAMS**, being a fugitive from

justice, did knowingly possess a firearm which had previously been shipped and transported in and

affecting interstate commerce.

In violation of Sections 922(g)(2) and 924(a)(2), Title 18, United States Code.

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offense as alleged in this Indictment, the defendant shall

forfeit to the United States all property involved in or traceable to property involved in the offense,

including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

One (1) Sig Sauer, .380 caliber pistol, serial number 27A233854 and any ammunition.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code and Section 2641(c), Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the _____3rd_____ day of_____February_____, 2015.

UNITED STATES MAGISTRATE JUDGE